**SEALED**
**BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 13, 2025 9:19 AM
Lucy H. Carrillo, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>SHANE TAKASANE<br><br>Defendant(s) | NOTICE: Pursuant to LR79.2 Any Search Warrant Return will be unsealed one (1) year after the file date of this search warrant application<br><br>Case No.  Mag. No. 25-00007 RT<br><br>**FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____(see below)____ in the county of ____Honolulu____ in the _____ District of ____Hawaii____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 16 USC §§ 3372 and 3373 | Lacey Act Violations (June 23, 2023; July 18, 2023) |
| 18 USC § 545 | Smuggling (July 24, 2023; October 30, 2023; December 12, 2023; January 16, 2024; June 10, 2024) |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Jose Martinez Soriano.

☐ Continued on the attached sheet.

_Complainant's signature_

SA JOSE MARTINEZ SORIANO, USFWL
_Printed name and title_

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: January 13, 2025

City and state: Honolulu, Hawaii



Rom A. Trader
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jose Martinez Soriano, being first duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the United States Fish and Wildlife Service ("USFWS"), Office of Law Enforcement and have been since August 2021. Prior to my current assignment, I was employed as a United States Customs and Border Protection Officer for over 3 years. I also worked for over 2 years with the New Mexico State Police as a Patrolman. I have received specialized training in wildlife enforcement and the Lacey Act at the Federal Law Enforcement Training Center in Glynco, Georgia and through other state and federal training programs. These instructions included in-depth training involving criminal investigations into illegal means and methods by which wildlife is taken and commercialized contrary to federal and state wildlife laws. I have personally conducted or assisted in investigations and prosecutions of criminal violations of the laws, including the gathering of evidence to obtain a search or seizure warrant, and interviewing defendants, and informants. I have also attended training pertaining to export violations, financial crimes, asset forfeiture, and electronically stored evidence.

2.  This Affidavit is submitted in support of a criminal complaint charging that between July 18, 2023 and July 2024, **Shane TAKASANE ("TAKASANE")**

violated Title 16, United States Code, Section 3372(a)(2)(A)[1] and Title 18, United States Code, Section 545 (smuggling goods into the United States).

3. The facts contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement agents and officers involved in this investigation. Because this affidavit is being submitted for the limited purpose of establishing sufficient probable cause for the requested criminal complaint, it does not constitute all the facts known to law enforcement at this time.

## PROBABLE CAUSE

4. This investigation involves two types of offense conduct. First, there is probable cause to believe that TAKASANE engaged in the illicit trade of marine fishes of Hawaii that are sold illegally in other states. The illegal trade of Hawaii marine fish species is a significant factor in the decline in the number of individual fish that reside in Hawaii's reefs. This investigation involves two fish in particular, the Hawaii Yellow tang (Zebrasoma flavescens) and the Hawaii Kole tang (Ctenochaetus strigosus). Since September 6, 2017, Hawaii aquarium permits for Hawaii Yellow tang and Hawaii Kole tang have been suspended. Accordingly, it is

---

[1] 16 U.S.C. § 3372(a)(2) states in relevant part, "It is unlawful for any person to import, export, transport, sell, receive, acquire, or purchase in interstate or foreign commerce any fish or wildlife taken, possessed, transported, or sold in violation of any law or regulation of any State or foreign law."

2

currently not possible to obtain a commercial marine license for these fishes, and therefore, not legally permissible to catch either fish for commercial purposes. Second, there is probable cause to believe that Takasane smuggled a non-native fish, called Snakehead fish (Channa andrao, Channa marulioides and Channa bleheri) into the United States, in violation of federal law, for illegal resale in the State of Hawaii. Snakeheads are injurious to the United States and are listed on 50 CFR Part 16 as injurious wildlife. Therefore, importation of any Snakehead fish to Hawaii violates 16 USC Section 3372(a)(1) and 18 U.S.C. § 545.

A.   **Summary of TAKASANE's Prior Shipments**

5.   From June 2023 to August 2023, TAKASANE shipped four packages from Honolulu, Hawaii to the continental United States that contained Hawaii Yellow tang and the Hawaii Kole tang.

6.   From July 2023 to April 2024, TAKASANE received four packages from Indonesia to Hawaii. The packages contained Snakehead fishes. The packages were declared to U.S. Customs and Border Protection ("CBP"), but the Snakehead fish were falsely labeled as another fish species, and thus, not identified.

7.   In June 2024, TAKASANE received one package from Thailand to Hawaii. The packaged contained Asian arowanas (Asian arowanas are a listed Endangered species in the U.S.) The package was declared to CBP to contain Australian Arowanas (Australian Arowanas are not listed Endangered species in the

U.S).

**B.    Hawaii Yellow tang and Hawaii Kole tang**

8.  On August 16, 2023, USFWS received a tip that Facebook account OCEAN GARDEN REEFS ("OGR") advertised Hawaii Yellow tang and Hawaii Kole tang for sale. A Source of Information ("SI-1") stated that on Facebook group "MD/DE/NJ/PA/VA Saltwater & Reef Aquarium Keepers" Facebook username "Duke.Nguyen.35", advertised Hawaii Kole tang and Hawaii Yellow tang for sale. SI-1 observed a post with a question – "I see you're posting Hawaiian yellow and kole tangs for sale. Where are you acquiring these from? Hawaii hasn't issued any licenses for the collection of the approved species yet." SI-1 stated that in response to the question on the post another member of the group posted, "why is u asking so many questions lol." Duke.Nguyen.35 then commented with a "thumbs up" emoji on that post.

9.  On June 28, 2023, Facebook account OGR posted a picture of one Hawaii Kole tang with the caption "Hawaii Kole tang / Get this hard to get fish to your aquarium / Limited quantity / $350 each." On July 29, 2023, Facebook account OGR posted a picture of four (4) Hawaii yellow tang with the caption, "Conditioned Hawaiian yellow tang / 2-3 inches 300 / 4-5 inches 399 / Take additional 15% if you share and follow us here and IG. / Shipping is not included. If you get a school, pm for special deal. Serious inquires only."

4

10. On August 23, 2023, U.S. Magistrate Judge Porter authorized a search warrant for Du NGUYEN (NGUYEN) and OCEAN GARDEN REEF Facebook accounts. Data from Facebook messenger revealed: On or about June 23, 2023, TAKASANE sold to NGUYEN twenty-Hawaii Yellow-tang and three Hawaii Kole tang for $1,975, which NGUYEN paid TAKASANE via PAYPAL. On June 27, 2023, NGUYEN messaged TAKASANE, "Fish arrived but 1 or 2 died, Cuz bag is on top of bag, The Kole died," indicating TAKASANE shipped the Hawaii Kole tang and Hawaii Yellow tang to NGUYEN in the continental U.S.

11. On or about July 18, 2023, TAKASANE sold to NGUYEN sixteen Hawaii Yellow tang and three Hawaii Kole tang for $690 NGUYEN paid TAKASANE $700 via PAYPAL. On July 20, 2023, TAKASANE messaged NGUYEN, "There is leaking, Lol but good so far."

12. On July 28, 2023, NGUYEN messaged TAKASANE, "If it is smooth, I want 30 yellow 20 kole tang". TAKASANE responded, "Kole harder to get tan yellow, They hide in coral". NGUYEN replied, "The buyer want 2 inches". TAKASANE responded, "Kole?" NGUYEN replied, "Yellow and kole". TAKASANE responded, "I'll tell my diver". NGUYEN messaged TAKASANE, "So if everything is smooth I need 30 yellow and 20 kole for 1 order, Then 10-15 yellow 5 kole for another order". TAKASANE responded, "I'll tell the diver". TAKASANE messaged NGUYEN, "We only gonna ship 20 at a time bro. Just let

5

you guys know, Cannot ship too many at a time in case we are caught." NGUYEN replied, "Just do like this, Ship 20 on Monday then 20 on Tuesday, Or u can do like 20 and 10 10". Based on my training and experience, these messages between TAKASANE and NGUYEN reveal that TAKASANE knew that selling and shipping the Hawaii Yellow tang and Hawaii Kole tang from Hawaii to Maryland was illegal.

**C.    Snakehead Fish Importation**

13.    On June 28, 2024, U.S. Magistrate Judge Trader authorized a federal search warrant for TAKASANE's Yahoo email account. The Yahoo email account indicated the following: On July 18, 2023, Shane TAKASANE ordered twenty (20) Emperor Snakehead (Channa marulioides), albino arowana and arowana from CV Leopard Aquatic located in Indonesia. Shane TAKASANE requested that CV Leopard Aquatic send him an invoice so that he can adjust for allowed species names. On July 21, 2024, CV Leopard Aquatic emailed Shane TAKASANE an invoice of the fishes he ordered on July 18, 2023. The invoice identified each fish by a code, common name, and scientific name. Each fish species had a code assigned to it, like a stock number. On July 21, 2023, Shane TAKASANE emailed CV Leopard Aquatic a revised invoice titled "custom invoice". The revised invoice had the same codes with different common names and scientific names compared to the invoice sent to him by CV Leopard Aquatic. Thirty-three (33) out of eighty-seven

6

(87) common names and scientific names were illegal to enter the state of Hawaii. In the revised invoice titled "custom invoice" the thirty-three (33) illegal fish species common names and scientific names were changed to fish species that are legal to enter the state of Hawaii and look similar to the illegal fish species. On July 23, 2024, CV Leopard Aquatic emailed Shane TAKASANE the packing list and custom invoice for the fish shipment. The packing list and invoice match the revised custom invoice Shane TAKASANE sent CV Leopard Aquatic. On July 23, 2023, Shane TAKASANE emailed the packing list and revised custom invoice to a custom broker named Lance Sato. On July 24, 2023, the shipment was declared to USFWS through USFWS online electronic declaration system. The packing list provided to USFWS match the revised custom invoice.

14. On October 25, 2023, TAKASANE emailed CV Leopard Aquatic an attachment; the attachment listed twenty-six (26) options to order Snakehead fishes. Each line provided space for Shane Takasane to add the quantity of Snakehead fish he wanted to order per line. Each Snakehead fish listed had a unique code assigned to it. Shane Takasane placed a twenty (20) on Snakehead coded "G060A" and listed as "Channa Yellow Sentarum (Channa marulioides)." See snapshot of email attachment below:

| Code | Common Name | Scientific Name | Size | Qty | | Currency | Price | Type | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **SNAKEHEADS** | | | | | | | | | | |
| G010G | Channa Pleurophtalma | Channa pleurophtalma | 15 cm | 24 | 4 | USD | 6.000 | WILD | ▷ | |
| G010H | Channa Pleurophtalma | Channa pleurophtalma | 17 cm | 18 | 3 | USD | 7.000 | WILD | ▷ | |
| G010I | Channa Pleurophtalma | Channa pleurophtalma | 20 cm | 18 | 3 | USD | 8.000 | WILD | ▷ | |
| G010L | Channa Pleurophtalma | Channa pleurophtalma | 27-30 cm | 6 | 1 | USD | 20.000 | WILD | ▷ | |
| G037A | Channa Bankanensis | Channa bankanensis | 5 cm | 180 | 30 | USD | 0.650 | WILD | | |
| G038A | Forest Snake Head | Channa lucius | 5 cm | 180 | 30 | USD | 0.500 | WILD | ▷ | |
| G039C | Emperor Snakehead | Channa marulioides | 7.5 cm | 90 | 15 | USD | 2.500 | WILD | ▷ | |
| G039D | Emperor Snakehead | Channa marulioides | 10 cm | 60 | 10 | USD | 3.500 | WILD | ▷ | |
| G039E | Emperor Snakehead | Channa marulioides | 15-17 cm | 24 | 4 | USD | 6.500 | WILD | ▷ | |
| G060A | Channa Yellow Sentarum | Channa marulioides | 4 cm | 210 | 35 | USD | 0.980 | WILD | | 20 |
| G060B | Channa Yellow Sentarum | Channa marulioides | 5 cm | 180 | 30 | USD | 0.980 | WILD | | |
| G060E | Channa Yellow Sentarum | Channa marulioides | 15 cm | 24 | 4 | USD | 8.000 | WILD | | |
| G057D | Channa Yellow Marulioides (Riau) | Channa marulioides | 15 cm | 24 | 4 | USD | 8.000 | WILD | | |
| G046A | Channa asiatica Red Stripe (Breed) | Channa asiatica | 3.5 cm | 240 | 40 | USD | 6.000 | BREED | | |
| G046B | Channa asiatica Red Stripe (Breed) | Channa asiatica | 7.5 cm | 90 | 15 | USD | 10.000 | CAPTIVE BRED | ▷ | |
| G051A | Channa asiatica RSWS (Breed) | Channa asiatica | 3.5 cm | 240 | 40 | USD | 5.500 | CAPTIVE BRED | | |
| G051B | Channa asiatica RSWS (Breed) | Channa asiatica | 5 cm | 180 | 30 | USD | 6.000 | CAPTIVE BRED | | |
| G047D | Channa melasoma | Channa melasoma | 15 cm | 24 | 4 | USD | 9.000 | WILD | | |
| G049A | Channa pulchra (Breed) | Channa pulchra | 4 cm | 210 | 35 | USD | 3.900 | CAPTIVE BRED | | |
| G049B | Channa pulchra (Breed) | Channa pulchra | 5 cm | 180 | 30 | USD | 4.250 | CAPTIVE BRED | | |
| G049D | Channa pulchra (Breed) | Channa pulchra | 10 cm | 60 | 10 | USD | 6.000 | CAPTIVE BRED | | |
| G054A | Channa andrao (Breed) | Channa andrao | 5 cm | 180 | 30 | USD | 4.000 | CAPTIVE BRED | | |
| G054B | Channa andrao (Breed) | Channa andrao | 7.5 cm | 90 | 15 | USD | 7.000 | CAPTIVE BRED | | |
| G056B | Channa Stewartii (Breed) | Channa stewarti | 7.5 cm | 90 | 15 | USD | 8.000 | CAPTIVE BRED | | |
| G059A | Burmese Spotted Snakehead (Breed) | Channa ornatipinnis | 5 cm | 180 | 30 | USD | 6.000 | CAPTIVE BRED | | |
| G063A | Channa cyanospilos | Channa cyanospilos | 5 cm | 180 | 30 | USD | 6.000 | WILD | | |

15.  On October 26, 2023, CV Leopard Aquatic emailed Shane Takasane an invoice based on the order he placed on October 25, 2023. On October 26, 2023, Shane Takasane emailed CV Leopard Aquatic a revised invoice titled "custom invoice". The custom invoice had the same assigned code "G060A" with a different fish name, "Redtail Mountain Rock Goby (Sicyopterus lagocephalus)". The Redtail Rock Goby is a look alike of the Snakehead (Channa marulioides) and are allowed to enter the United States legally. On October 29, 2023, CV Leopard emailed Shane Takasane the packing list and custom invoice for the shipment of the Snakeheads from Indonesia to United States. The packing list and custom invoice matched the revised invoice provided by Shane Takasane. The G060A code was reflected on the

8

packing list to include the same quantity of fish from the order placed by Shane Takasane on October 25, 2023. On October 29, 2023, Shane Takasane emailed the custom broker, Lance Sato, the packing list and custom invoice. On October 30, 2023, USFWS received the declared packing list and custom invoice through the electronic declaration system website.

See snapshots of email attachment below:

| --- | G060A | Channa Yellow Sentarum | Channa marulioides | 4 cm | 1 | 20 | 20 | $ 0.980 | 19.600 | 1/8 |

Snapshot of custom invoice:

| --- | G060A | Redtail Mountain Rock Goby | Sicyopterus lagocephalus | 4 cm | 1 | 20 | 20 | $ 0.980 | 19.600 |

16. On December 5, 2023, Shane Takasane emailed CV Leopard Aquatic and placed an ordered of twenty (20) Snakehead (Channa bleheri). The Snakehead had an assigned code of "G058A". On December 9, 2023, CV Leopard Aquatic emailed Shane Takasane an invoice based on the order placed by him on December 5, 2023. On December 11, 2023, Shane Takasane emailed CV Leopard Aquatic an invoice title "custom invoice". The code G058A had the fish name of Rainbow Goby (Stiphodon ornatus). Rainbow Goby are a look alike of Snakehead (Channa bleheri) and are legal to import to the United States. On December 11, 2023, CV Leopard Aquatic emailed Shane Takasane the shipment packing list and custom invoice. The packing list and custom invoice had the same code of G058A with fish name Rainbow Goby. On December 12, 2023, USFWS received the packing list and

custom invoice through the electronic declaration system online. See snapshots of email attachment below:

Snapshot of original invoice:

| --- | G058A | Rainbow Snakehead ( Breed) | Channa bleheri | 4 cm | 1 | 20 | 20 | $ 6.000 | 120.000 |

Snapshot of custom invoice:

| --- | G058A | Rainbow Goby | Stiphodon ornatus | 4 cm | 1 | 20 | 20 | $ 6.000 | 120.000 |

17.  On January 11, 2024, Shane Takasane emailed CV Leopard Aquatic and ordered twenty (20) Snakehead (Channa andrao) with assigned code "G054A". On January 15, 2024, CV Leaopard emailed Shane Takasane an invoice based on the order he placed on January 11, 2024. The invoice showed the twenty (20) Snakehead (Channa andrao) to include the assigned code G054A, ordered by Shane Takasane. On January 14, 2024, Shane Takasane emailed CV Leopard Aquatic an invoice titled "custom invoice". The code G054A had the fish name Rainbow Goby (Stiphdon ornatus). On January 15, 2024, CV Leopard Aquatic emailed Shane Takasane the packing list and custom invoice. They both matched the custom invoice emailed by Shane Takasane. On January 15, 2024, Shane Takasane emailed custom broker, Lance Sato, the packing list and custom invoice. On January 16, 2024, USFWS received the packing list and custom invoice through the electronic declaration system online.

Snapshot of original invoice:

| --- | G054A | Channa andrao (Breed) | Channa andrao | 5 cm | 1 | 20 | 20 | $ 4.000 | 80.000 |

Snapshot of custom invoice:

| --- | G054A | Rainbow Goby | Stiphdon ornatus | 5 cm | 1 | 20 | 20 | $ 4.000 | 80.000 |

18. On March 25, 2024, Shane Takasane, received an email from leopardaquatic.indonesia@gmail.com. The email had an attachment that included Leopard Aquatic fish stock list. The stock list included Snakehead fish (Channa marulioides) with an assigned code of "G067A", and that Leopard Aquatic was awaiting Shane Takasane's fish order. On March 27, 2024, Shane Takasane sent an email to info@leopardaquatic.com. Shane Takasane ordered twenty (20) Snakeheads (Channa marulioides), also known as Channa Red Baritos. On March 30, 2024, Shane Takasane received an email from leopardaquatic.indonesia@gmail.com. It contained an invoice for the fishes ordered by Shane Takasane on March 27, 2024. The invoice included twenty (20) Channa Red Barito (Channa marulioides). It had an assigned code of "G067A" like a stock number for the fish. The invoice had an assigned invoice number of "033/III/24/HW and an Airway Bill number of 131-3254 7056. On March 30, 2024, Shane Takasane emailed leopardaquatic.indonesia@gmail.com an updated version of the invoice. The updated invoice had a different fish name on the assigned code "G067A," Rock goby (Sicyopterus japonicus), but it had the same ordered quantity of twenty (20).

The Rock goby is legally allowed to enter the United States.

Snapshot of original invoice:

| --- | G067A | Channa Red Barito | Channa marulioides | 4 cm | 1 | 20 | 20 | $ | 1.720 | 34.400 |
|---|---|---|---|---|---|---|---|---|---|---|

Snapshot of custom invoice:

| --- | G067A | Rock goby | Sicyopterus japonicus | 4 cm | 1 | 20 | 20 | $ | 1.720 | 34.400 |
|---|---|---|---|---|---|---|---|---|---|---|

**D.   Asian Arowana Shipment**

19.   On June 10, 2024, USFWS conducted an inspection of a shipment addressed to Shane Takasane from Siam Betta company, in Thailand. The inspection revealed one (1) Australian Arowana (Scleropages jardinii), a fish that is legal to import, and fourteen (14) Asian Arowanas (Scleropages formosus). All fifteen Arowanas were declared to US Customs and Border Protection and USFWS as Australian Arowanas. Asian Arowanas are listed as endangered under the Endangered Species Act, Title 16 USC Section 1533. It is illegal to import Asian Arowanas without a CITES permit. Records check indicated Shane Takasane did not have a CITES permit to import Asian Arowanas. Therefore, importation of any Asian Arowana fish to Hawaii violates 16 U.S.C. § 3372(a)(1). After the above-described fish were determined to be Asian Arowana, USFWS contacted Takasane to inquire about the fish. Takasane denied intending to import Asian Arowana, and stated instead that he intended to order only Australian Arowana. Takasane further agreed to abandon the fish and signed paperwork to that effect. Based on my training

and experience, it is unlikely that a company would provide Asian Arowana when only Australian Arowana were ordered because Asian Arowanas are much more valuable on the open market, and a seller would not typically substitute a more valuable fish for a less valuable fish without higher payment.

20. On June 6, 2024, Shane TAKASANE messaged to a person identified as "Kano," "I sent revised invoice. Please make packing sheet same. Just no USD total and prices per fishes. Please hide special jardini well in vitamin water or medicine water. Cover 80% of fish with newspaper so inspector only see some fish." Kano responded, "OK." On June 13, 2024, after the seizure of the Asian arowanas, TAKASANE messaged the foreign supplier and a individual named Joseph Morris, "Tong was instructed to bay the fish a certain way and medicate the water to hide the fish. Bag* not bay. There's is other ways to get fish. But we have to lay low bro."

//
//
//
//
//
//
//
//

## CONCLUSION

21.     Based upon my training and experience and the facts in this Affidavit, I respectfully submit that that there is probable cause to believe that between June 2023 and June 2024, **Shane TAKASANE** violated Title 16, United States Code, Section 3372(a)(2)(A) (Lacey Act) and Title 18, United States Code, Section 545 (smuggling goods into the United States).

DATED:  January 10, 2025, at Honolulu, Hawaii.

Respectfully submitted,

JOSE MARTINEZ SORIANO
Special Agent
U.S. Fish and Wildlife

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at 8:59 a.m. on January 13, 2025.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 13th day of January 2025.



Rom A. Trader
United States Magistrate Judge